PMC/cm  USAO#2023R00318

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. ADC-23-175 |
| v. | * |
| | * (Lewd, Indecent, or Obscene Act, |
| MARK J. NEELEMAN, | * 49 U.S.C. § 46506(2), D.C. Code Section |
| | * 22-1312) |
| Defendant. | * |
| | * |
| | ****** |

**INFORMATION**

The United States Attorney for the District of Maryland charges that:

On or about February 4, 2023, on an aircraft in the special aircraft jurisdiction of the United States, namely Southwest Airlines Flight WN 1239, on which he was a passenger, the defendant,

**MARK J. NEELEMAN,**

intentionally committed an act of lewd, indecent and obscene exposure of his genitals in a public place, which if committed in the District of Columbia would violate D.C. Code Section 22-1312 (formerly D.C. Code Section 22-1112). The acts began, continued, and were completed while the aircraft was in flight from Ft. Lauderdale International Airport, Florida to Baltimore Washington/Thurgood Marshall International Airport, Maryland, which flight landed in the District of Maryland.

49 U.S.C. § 46506(2) and D.C. Code Section 22-1312.

May 11, 2023
_____
Date

Erek L. Barron
United States Attorney

PAUL CUNNINGHAM
Digitally signed by PAUL CUNNINGHAM
Date: 2023.05.11 11:10:49 -04'00'

USDC- BALTIMORE
'23 MAY 11 PM 3:04